IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THOMAS MOLLISON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 4:04CV0419 CEJ |
| | ) |
| FEDERAL EXPRESS CORPORATION. | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

COME NOW Plaintiff Thomas Mollison and Defendant Federal Express Corp., by and through their counsel of record, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of Plaintiff's Complaint and cause of action with prejudice, each party bearing its own costs and fees.


By  /s/ Andre E. Townsel                      By  /s/ Richard S. McConnell
Andre E. Townsel, #75177                      Mr. Richard S. McConnell, Sr. Counsel
ANDREYUK, BRAZIL & TOWNSEL                    FEDERAL EXPRESS CORP.
St. John's Bank Building                       Legal Department/Litigation
11965 St. Charles Rock Road, Suite 202         3620 Hacks Cross Rd., Bldg. B, 3rd Floor
St. Louis, MO 63044                            Memphis, TN 38125
314-739-1099 tel.                              901-434-8735 tel.
314-739-1355 fac.                              901-434-9279 fac.
ATTORNEY FOR PLAINTIFF                         ATTORNEY FOR DEFENDANT